Núms. 8949 y 8951.—PUEBLO, apldo., *v.* RODRÍGUEZ, aplte.—C. D. Bayamón.— Marzo 10, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, el 3 de diciembre de 1941 declaramos con lugar una moción del acusado apelante para que se devolviera la transcripción de evidencia a la Corte de Distrito de Bayamón a fin de que la misma fuera corregida en la forma que en la moción se indicaba y se concedió al apelante un término de 30 días para hacer dicha corrección y radicar la transcripción enmendada conjuntamente con su alegato;

POR CUANTO, el Secretario de este Tribunal envió dicha transcripción a la corte mencionada y celebrada una vista ante la misma a la que comparecieron las partes, la corte dictó, el 29 de diciembre, la siguiente resolución:

"No apareciendo del récord ninguna materia al respecto del incidente en relación con la representación del acusado en los casos; si bien aparece del récord que este acusado presentó una moción en el mismo día del juicio por la mañana solicitando que fuese suspendido, la Corte negó esa moción y se celebró el juicio en ambos casos asistido el acusado del abogado Armando A. Miranda; consiguientemente, la Corte deja el récord en la forma que está por no aparecer incidente alguno del mismo y ordena que pase el caso al Supremo en la misma forma en que está."

POR CUANTO, el 2 de enero de 1942 el acusado apelante radicó una moción solicitando de esta Corte se le concediera una prórroga de 30 días para perfeccionar la transcripción de evidencia y radicar su alegato, habiéndosele concedido un término de 10 días.

POR CUANTO, el 13 de enero el acusado apelante radicó otra moción solicitando una vez más que se devolviese la transcripción de

evidencia a la Corte de Distrito de Bayamón junto con tres declaraciones juradas que obran en autos, a fin de que el Juez de dicha Corte certifique las mismas como parte de la transcripción de evidencia o en la alternativa que esta Corte declare que dichas declaraciones juradas forman parte de la transcripción;

POR CUANTO, se dió traslado al Fiscal de este Tribunal con dicha moción para que informara y al efecto lo hizo, oponiéndose a lo solicitado por el apelante por ser dichas declaraciones juradas tomadas *ex parte*, sin la intervención del Fiscal de Distrito ni la propia corte apelada, ni haber sido producidas en el curso de los procedimientos, no formando parte de la referida transcripción de evidencia;

POR CUANTO, aparece claramente demostrado que la corte inferior se ha negado, por los motivos que expresó en la resolución antes citada, a corregir la transcripción de evidencia en la forma que desea el acusado apelante,

POR TANTO, se declara sin lugar la moción del acusado apelante de enero 13, 1942.